IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLIFTON EARL WEEKS,                     )
Institutional ID # 1213211,             )
                                        )
            Plaintiff,                   )
                                        )
v.                                      )       CIVIL ACTION NO.
                                        )       1:06-CV-106-C
ADEL NAFRAWI, *et al.*,                 )       ECF
                                        )
            Defendants.                  )

## **ORDER**

On August 10, 2006, Plaintiff Clifton Earl Weeks, acting *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and was granted permission to proceed *in forma pauperis*. By Order dated August 25, 2006, this complaint was transferred to the docket of the United States Magistrate Judge for screening pursuant to 28 U.S.C. §§ 1915 and 1915A.

The United States Magistrate Judge subsequently set this case for an evidentiary hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985), on December 7, 2006. When Plaintiff failed to appear at the hearing, the Magistrate Judge issued an Order to Show Cause on December 7, 2006 (Doc. No. 6), admonishing Plaintiff that his failure to respond to the show-cause order within fifteen (15) days and demonstrate good cause for failing to appear at the hearing would result in a recommendation to the United States District Court that Plaintiff's complaint be dismissed without prejudice. On December 15, 2006, a copy of the Order to Show Cause was returned to the Clerk's office marked "undeliverable" and it indicated that Plaintiff had been released (Doc. No. 11). As of January 4, 2007, Plaintiff had not responded to the Order to Show Cause or provided the Clerk with a written change of address.

1

By Order dated January 4, 2007 (Doc. No. 12), the Magistrate Judge recommended that Plaintiff's complaint be dismissed "without prejudice for failure to prosecute, for failure to comply with the local rules and orders of the court, and for severing contact with the Court." The Magistrate Judge advised Plaintiff that he could file written objections to the findings, conclusions, and recommendation within eleven (11) days after being served a copy, and he transferred the complaint to this Court's docket. As of this date, Plaintiff has failed to respond to the Magistrate Judge's findings and conclusions or file a written change-of-address notice with the Clerk.

It is, therefore, ORDERED that for the reasons set forth in the Magistrate Judge's Report and Recommendation dated January 4, 2007, this complaint and all claims alleged therein are dismissed without prejudice for want of prosecution.

Judgment shall be entered accordingly.

All pending motions not previously ruled on are hereby denied.

Dated January 18, 2007.


SAM R. CUMMINGS
UNITED STATES DISTRICT COURT